Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

_Cynthia S Roper_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Coastal Harbor Treatment_
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **CV422 057**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cynthia S Roper
Street Address: 377 Archman-Daly Rd
City and County: Springfield
State and Zip Code: GA 31329
Telephone Number: (912) 224-0222
E-mail Address: ropercynthia@ymail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Coastal harbor treatment
Street Address: 1150 Cornell Street
City and County: Savannah, Ga.
State and Zip Code:
Telephone Number: (912) 354-3911

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Defendant No. 1
- Name: Bethy Wells / Coastal harbor
- Job or Title (if known):
- Street Address: 11050 Cornell Ave
- City and County: Savannah
- State and Zip Code: Ga.
- Telephone Number: (912) 354-3911
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) __05-25-2020 – 04-26-2021__

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [x] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* 01 2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- [ ] 60 days or more have elapsed.
- [ ] less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/28/2022

Signature of Plaintiff: *Cynthia L. Roper*
Printed Name of Plaintiff: Cynthia L. Roper

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:

Date 02/11/2022

I Cynthia Roper, who was a currently employed at Coastal Harbor Treatment Center was discrimination against based on my age, disability, and retaliation on by the above stated employer. I was I out on my medical leave, after having accident in May 25, 2020. I was in need of physical therapy, for neck, back, knee and shoulder injury. After being released back to work, in April ,2021 but with a restriction, I was offered a job, which would have been a promotion from my current position, as a medical health technician I held, which would have been a Paraprofessional position. I had the credentials for the position being offered at the time, which was an Assoicate Degree in Early childhood and Education. Which was being offered by Human Resource, in April ,2021. In May 2021 the offer was withdrawn and I was terminated without cause. I lost my job due to retaliation for me stating while being employed during Oct, 2019 – May 2021 that I was being harassed by a former employee of thirty years of the company, and having to have medical attention for a period of time. The employee Ms. Susan RN, spread rumors about me having sexual relationship with my supervisor for favoritisms or higher rank position. Which made the work environment hostile? She also made Slurs, jokes or other verbal visual conduct relating to my race, color, sex and sexual orientation. I feel like after I was released in April ,2021 by my physician, with a restriction of not lifting anything over 20lbs. Meanwhile; I was offered a position as paraprofessional should have been accommodated. Because I wouldn't have to lift anything over twenty pounds, but most supervise and assistant, while having an additional five to six adults, in the classroom, who were also train, in escalation, which is techniques that deals with behavioral issues that may arise. Therefore; I wouldn't have to do the task of mental health tech position. Meanwhile; I would have not been a risk. I wanted to return to work, in a different position, so I wouldn't be in the same setting I was before. I feel like because I shared a situation with human resource about being harassed by a former employee of the company, I was retaliated against. I also asked for my work history and hours, for being away, my separation noticed and I never received them, I had an attorney reached out to them several times, trying to important concerning my employment file, which was unsuccessful, I even requested information myself, only to get the same response... No information,

so I do not understand why I am been treated in that manner, I only wanted a job, or information to help settle my injury claim... I never been in trouble as an employee, I worked overtime all the time, I never did anything besides carry out my job description, I would go above and beyond to get the job done. Therefore, I did not understand why I was without a job, after being released by my physician, after been told I could return, but had to wait on the process to be completed. Which the process was never carried out, for me to return. Although, my educational qualified me for the position being offered. Paraprofessional, would have been a promotion from the current position I held, which was a medical health technician.  I would say, that harassment that took place on the job, was never handled, that I am aware of because I was told by human resource to "brush it off". Protocol was never offered when I shared it with Human resource.

Cynthia L. Roper
3717 Ardmont-Oaky Rd
Springfield, Ga. 31329

U.S. Marshals Service
Savannah, Georgia

RECEIVED

Clerk's Office
P.O Box 8286
Savannah, Ga. 31412