AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CYNTHIA L. ROPER,

Plaintiff,

v.

BETHY WELLS; UHS OF SAVANNAH, LLC,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-57

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on November 29, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Defendant's Motion to Dismiss is granted and this case is dismissed. The parties are ordered to submit Plaintiff's claims to arbitration. This action stands closed.



November 29, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020