IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CYNTHIA LAREE ROPER, )
)
    Plaintiff-Appellant, )
)
vs. ) Case No. CV422-057
)
BETHY WELLS, UHS OF SAVANNAH, )
LLC, d.b.a. Coastal Harbor )
Health System, )
)
    Defendant-Appellee. )

## ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this \_\_\_2ND\_\_\_ day of March 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA